WILLIAM R. LOBEL and Others, Appellants, v. MORTIMER TAFT BUILDING CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

JAMES MCWALTERS, Appellant, v. ROCK-PARK CORPORATION, Respondent, and Others, Defendants.— Judgment, in so far as appealed from, and order reversed upon the law and a new trial granted, costs to abide the event. Concededly respondent was in default in the payment of principal and interest. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

ELSIE OSTERHOUT, Respondent, v. ANDREW OSTERHOUT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.